STUART G. GROSS (#251019)
sgross@grosskleinlaw.com
ROSS A. MIDDLEMISS (# 323737)
rmiddlemiss@grosskleinlaw.com
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

*Attorneys for Plaintiff Friends of Gualala River*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# EUREKA DIVISION

| | |
|---|---|
| FRIENDS OF GUALALA RIVER,<br><br>Plaintiff,<br><br>vs.<br><br>GUALALA REDWOOD TIMBER, LLC,<br><br>Defendant. | Case No. 22-cv-00317-VC<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS**<br><br>Date:           October 6, 2022<br>Time:          9:30 a.m.<br>Courtroom: B, 15th Floor<br>Judge:         Hon. Vince Chhabria<br>Action Filed: January 14, 2022<br>Trial Date:   None |

**[PROPOSED] ORDER**

This matter came before the Court upon the Motion of Plaintiff Friends of Gualala River to Dismiss. This Court, having considered the briefs and other documents and evidence submitted in support of and in opposition to the Motion, and having heard the arguments of counsel, and for good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

Plaintiff's Motion to Dismiss without prejudice is GRANTED.

**IT IS SO ORDERED.**

Dated: February 10, 2023

_____
Hon. Vince Chhabria
United States District Judge